Frank X. Ruggier, CLS-B (CA Bar No. 198863)
*frank@lsimonslaw.com*
**LAW OFFICES OF LARRY D. SIMONS**
15545 Devonshire Street, Suite 110
Mission Hills, California 91345
Telephone: 818.672.1778
Facsimile: 626.389.5607

Attorney for Plaintiff
Larry D. Simons, Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>EDWIN LEAHY dba H20 PLUS CONSTRUCTION,<br><br>Debtor. | Case No. 6:22-bk-10809-SY<br><br>Chapter 7 |
| LARRY D. SIMONS, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>CYNTHIA LEAHY fka CYNTHIA LYNN, an individual,<br><br>Defendant. | Adv. Proc. No. 6:22-ap-_____-SY<br><br>**COMPLAINT TO AUTHORIZE SALE OF PROPERTY OWNED IN PART BY NON-DEBTOR**<br><br>[11 U.S.C. § 363(h)]<br><br>DATE:  TO BE SET BY SUMMONS<br>TIME:  TO BE SET BY SUMMONS<br>PLACE: Courtroom 302<br>United States Bankruptcy Court<br>3420 Twelfth Street<br>Riverside, CA 92501 |

**TO THE HONORABLE SCOTT H. YUN, UNITED STATES BANKRUPTCY JUDGE, THE DEFENDANT, AND HIS COUNSEL OF RECORD, IF ANY:**

For his Complaint for Authority to Sell Property Owned, in part, by Non-Debtor (the "Complaint") against the defendant Cynthia Leahy fka Cynthia Lynn (the "Defendant"), plaintiff Larry D. Simons, the duly appointed, qualified and acting Chapter 7 Trustee (the "Trustee") for the estate of the debtor Edwin Leahy dba H20 Plus Construction (the "Debtor") hereby alleges as follows:

## STATEMENT OF JURISDICTION, PARTIES AND PROCEEDINGS

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §§ 157(b)(1) and 1334(a), as this is a core proceeding under 28 U.S.C. § 157(b)(2)(A), (N) and (O). Venue properly lies in this judicial district pursuant to 28 U.S.C. § 1409(a), in that the instant proceeding is related to a case under title 11 of the United States Code which is still pending.

2. Plaintiff Larry D. Simons (the "Trustee" or "Plaintiff") is the duly appointed, qualified and acting Chapter 7 Trustee of the bankruptcy estate (the "Estate") created in the instant Chapter 7 bankruptcy case pending in the United States Bankruptcy Court, Central District of California, Riverside Division which is styled <u>In re Edwin Leahy dba H20 Plus Construction</u>, bearing Case No. 6:22-bk-10809-SY (the "Bankruptcy Case").

3. Debtor Edwin Leahy dba H20 Plus Construction (the "Debtor") initiated this case by filing a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code on March 4, 2022 (the "Petition Date").

4. Defendant Cynthia Leahy fka Cynthia Lynn (the "Defendant") is an individual residing within the jurisdiction of this Court.

5. Plaintiff is informed and believes and, on that basis, alleges that the Defendant is the ex-spouse of the Debtor.

## ALLEGATIONS COMMON TO ALL CLAIMS FOR RELIEF

6. The instant complaint (the "Complaint") against the Defendant initiates an adversary proceeding in which Plaintiff is seeking authority to sell the Defendant's interest in the improved real property located at 6784 Outpost Road, Joshua Tree, California 92252-2208, Assessor's Parcel Number 0602-101-14 (the "Subject Property").

7. The Subject Property is legally described as follows:

> THE SOUTH ½ OF THE SOUTHEAST ¼ OF THE NORTHEAST ¼ OF THE SOUTHEAST ¼ OF THE NORTHWEST ¼ OF SECTION 35, TOWNSHIP 1 NORTH, RANGE 6 EAST, SAN BERNARDINO BASE AND MERIDIAN, IN THE COUNTY OF SAN BERNARDINO , STATE OF CALIFORNIA.

8. The Debtor and the Defendant acquired title to the Subject Property via a grant deed which was recorded in the Official Records of the Recorder's Office of San Bernardino County, California on April 23, 1999 as Document Number 19990173048 (the "Grant Deed"). A true and correct copy of the Grant Deed is attached hereto, marked as Exhibit "1" and incorporated herein by this reference.

9. The Grant Deed reflects title to the Subject Property being held by the Debtor and the Defendant as "Edwin L. Leahy, An Unmarried Man and Cynthia Lynn., An Unmarried Woman as Joint Tenants".

10. Plaintiff is informed and believes and, on that basis alleges that the Debtor and Debtor's bankruptcy estate still own no less than a 50% ownership interest in the Subject Property.

11. The Subject Property is located in the Central District of California.

12. Plaintiff is informed and believes and, on that basis alleges that the Subject Property is encumbered by a deed of trust in favor of JPMorgan Chase, NA ("Chase") or its successors with an approximate current balance of $81,000.00.

13. Plaintiff is informed and believes and, on that basis alleges that the Subject Property is also encumbered by tax liens in favor of the Internal Revenue Service ("IRS") in second priority and the Franchise Tax Board ("FTB") in third priority.

14. According to the IRS Proof of Claim (Claim 2-1), the IRS asserts a secured claim in the amount of approximately $103,000 due to its tax lien recorded on April 26, 2019.

15. According to the FTB Proof of Claim (Claim 3-1), the FTB asserts a secured claim in the amount of approximately $15,500 due to its tax liens recorded on July 9, 2019 and January 20, 2021

16. Plaintiff is informed and believes and, on that basis alleges that the Subject Property has a current fair market value of approximately $400,000.00 to $425,000.00.

///

///

///

///

# FIRST CLAIM FOR RELIEF

## TO OBTAIN APPROVAL FOR SALE OF REAL PROPERTY OWNED,

## IN PART, BY A NON DEBTOR

### [11 U.S.C. § 363(h)]

17. Plaintiff realleges each and every allegation contained in paragraphs 1 through 16 of this Complaint and, by reference, incorporates the allegations as though set forth fully herein.

18. Based upon the current value of the Subject Property and the estimated outstanding debt against the Subject Property, and taking into account, estimated costs of sale, the Subject Property has gross equity of about $170,500 - $195,500, no less than half of which constitutes property of the Estate.

19. Plaintiff desires to sell both the Estate's interest in the Subject Property together with the remaining interest in the Subject Property of the Defendant.

20. Partition of the Subject Property between the Estate and Defendant is impracticable.

21. The sale of the Estate's undivided interest in the Subject Property would realize significantly less for the Estate than sale of the Subject Property free of the interests of the Defendant.

22. The benefit to the Estate of a sale of the Subject Property free of the interests of Defendant outweighs the detriment, if any, to the Defendant.

23. The Subject Property is not used in the production, transmission, or distribution, for sale, of electric energy or of natural or synthetic gas for heat, light or power.

24. By reason of the foregoing, the Plaintiff may sell the interest of the Defendant in the Subject Property pursuant to 11 U.S.C. Section 363(h).

///
///
///
///
///
///

**WHEREFORE**, Plaintiff respectfully prays for judgment as follows:

1. To obtain approval for the sale of the interests of non-Debtor in the Subject Property pursuant to 11 U.S.C. § 363(h);

2. For attorney's fees; and

3. For costs of suit incurred herein; and

4. For such other and further relief as this Court deems just and proper.

Dated: July 27, 2022

LAW OFFICES OF LARRY D. SIMONS

_____
Frank X. Ruggier
Attorney for Larry D. Simons, Chapter 7 Trustee

# EXHIBIT 1

FIDELITY NATIONAL TITLE COMPANY

**RECORDING REQUESTED BY:**
Fidelity National Title
Escrow No. 60638-SG
Title Order No. 00518156

**When Recorded Mail Document
and Tax Statement To:**
Mr. Edwin L. Leahy
P.O. Box 974
Lomita, CA 90717

APN: 0602-101-14

Recorded in Official Records, County of San Bernardino, Larry Walker, Recorder

**Doc No. 19990173048**
**3:00pm 04/23/99**

Fidelity National A    # 606

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| PG | FEE | APF | GIMS | PH CPY | CRT CPY | ADD NM | PEN PR | | PCOR |
| 2 | 7 | 3 | | | | | | | |
| NON ST | LN | SVY | CIT-CO | TRANS TAX | DA | CHRG | | | |
| | | | 513 | 82.50 | | 6.00 | | | S |

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## GRANT DEED

The undersigned grantor(s) declare(s)
Documentary transfer tax is $82.50
    [ X ] computed on full value of property conveyed, or
    [   ] computed on full value less value of liens or encumbrances remaining at time of sale,
    [ X ] Unincorporated Area

**FOR A VALUABLE CONSIDERATION**, receipt of which is hereby acknowledged, Franciska Jazbec, A Single Woman

hereby **GRANT(S) to** Edwin L. Leahy, An Unmarried Man and Cynthia Lynn, An Unmarried Woman as Joint Tenants

the following described real property in the County of San Bernardino, State of California:
The South 1/2 of the Southeast 1/4 of the Northeast 1/4 of the Southeast 1/4 of the Northwest 1/4 of Section 35, Township 1 North, Range 6 East, San Bernardino Base and Meridian.

DATED: March 9, 1999

STATE OF ~~CALIFORNIA~~ SLOVENIA
COUNTY OF LJUBLJANA
ON 29th March 1999. before me,
ANNIE M. MILSTEAD personally appeared
FRANCISKA JAZBEC.

X _Franciska Jazbec_
Franciska Jazbec

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

Witness my hand and official seal.
Signature _Annie M Milstead_

**ANNIE M. MILSTEAD**
CONSULAR ASSOCIATE

MAIL TAX STATEMENTS AS DIRECTED ABOVE

FD-213 (Rev 7/96)                                GRANT DEED

Order No. 518156 - A

## EXHIBIT "ONE"

The South one-half of the Southeast one-quarter of the Northeast one-quarter of the Southeast one-quarter of the Northwest one-quarter of Section 35, Township 1 North, Range 6 East, San Bernardino Meridian, in the County of San Bernardino, State of California, according to the Official Map thereof.

Said land is also shown on the Licensed Land Surveyor's Map recorded in Book 6 of Record Surveys, Page 10, and in Book 5 of Record Surveys Page 53.